# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 24, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151701

LORRI NOLAN and AARON NOLAN,
        Plaintiffs-Appellees,

v

RONALD W. CHAPMAN and
CHAPMAN & ASSOCIATES, P.C.,
        Defendants-Appellants.

SC:  151701
COA:  319830
Oakland CC:  2012-127362-NM

_____/

On order of the Court, the application for leave to appeal the April 23, 2015 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court prior to the completion of the proceedings ordered by the Court of Appeals.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 24, 2016



Clerk

a0516